THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE E. TUFFINI, Appellant. [955 NYS2d 523]

Although a claim that a plea of guilty was not voluntary survives a valid waiver of the right to appeal (*see People v Seaberg*, 74 NY2d 1, 10 [1989]), the defendant's contention that his plea was not voluntary is unpreserved for appellate review because he did not move to vacate his plea or otherwise raise this issue before the County Court (*see People v Perez*, 51 AD3d 1043 [2008]). In any event, a plea of guilty will be upheld as valid if it was entered knowingly, voluntarily, and intelligently (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d 662, 666 [1988]; *People v Harris*, 61 NY2d 9, 17 [1983]). Here, the defendant's plea of guilty was entered knowingly, voluntarily, and intelligently.

The defendant received the effective assistance of counsel (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]). Rivera, J.P., Dickerson, Leventhal and Lott, JJ., concur.